# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1750
Lower Tribunal No. 2022DR-004836-0000-00

_____

SAMANTHA MARKLE RASMUSSEN,

Appellant,

v.

AMY LYONS BASTIAN,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Brenda P. Ramirez, Judge.

February 6, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, WOZNIAK and WHITE, JJ., concur.


Ryan Fojo and Peter Ticktin, of The Ticktin Law Group, Deerfield Beach, for Appellant.

Bradford A. Patrick, of Law Office of Bradford A. Patrick, P.A., Riverview, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED